IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:07-CR-122-FL-1
No. 7:11-CV-278-FL

| | |
|---|---|
| ROBERT LEON GRAY, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> ) <br> ) | ORDER |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Robert B. Jones, Jr., regarding petitioner's motion to vacate, set aside, or correct sentence under 28 U.S. C. § 2255 [DE 104], and the government's motion to dismiss [DE 109]. No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

The court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, the government's motion is GRANTED, and petitioner's motion is DISMISSED. The clerk of court is directed to close the case.

SO ORDERED, this the 24th day of April, 2013.

*[signature]*

LOUISE W. FLANAGAN
United States District Judge