IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:07-CR-122-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT LEON GRAY, | ) | |

This matter comes before the court on defendant's *pro se* motion for return of property (DE125). Defendant filed his motion on March 9, 2015. The government has not responded, and the deadline for doing so has passed. However, the court would benefit from the government's response. Accordingly, the government is directed to respond to defendant's motion within **fourteen (14) days** of entry of this order.

SO ORDERED, this 27th day of March, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge